AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Initial Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting  (Last name, first, middle initial)  Jorgenson, Cindy K. | 2. Court or Organization  U.S. District Court of Arizona | 3. Date of Report  09/13/2001 |
|---|---|---|
| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Dist. Crt Judge (Nominee) | 5. Report Type (check type)  ___ Nomination, Date  09/10/2001  X  Initial    ___ Annual    ___ Final | 6. Reporting Period  01/01/2000  to  08/31/2001 |
| 7. Chambers or Office Address  110 West Congress  Tucson, Arizona  85701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____  Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS  (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements.) | |
| 1  2000 | Nationwide Retirement Solutions -- former state employment -- no control |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1  1999 | Arizona Public Safety Retirement System -- Retired | |
| 2  2000 | Arizona Public Safety Retirement System -- Retired | |
| 3  2001 | Arizona Public Safety Retirement System -- Retired | |
| 4  1999 | Pima County/State of Arizona -- compensation for judicial officer employment | $133,000 |

**FINANCIAL DISCLOSURE REPORT** | Jorgenson, Cindy K. |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | | Exempt |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE | (No such reportable gifts.) | | |
| 1 | | Exempt | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | MBNA America | Credit Card | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL. CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Fidelity Contrafund | A | Dividend | K | T | Exempt | | | | |
| 2 Fidelity Equity Income | A | Dividend | J | T | Exempt | | | | |
| 3 Janus Twenty Fund | A | Dividend | J | T | Exempt | | | | |
| 4 American Century Ultra Fund | A | Dividend | K | T | Exempt | | | | |
| 5 Vanguard Institutional Index Fund | A | Dividend | J | T | Exempt | | | | |
| 6 Vanguard Growth and Income Fund | A | Dividend | J | T | Exempt | | | | |
| 7 American Century Select Fund | A | Dividend | K | T | Exempt | | | | |
| 8 Nationwide Retirement Solutions | A | Dividend | L | T | Exempt | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353, and Judicial Conference regulations.

Signature _Cindy K. Jorgenson_       Date _9-13-01_

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report
            may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104)

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | $3,000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | Notes payable to others | | | |
| Accounts and notes receivable: | 0 | Accounts and bills due<br>Tucson Old Pueblo Credit Union<br>Pima Federal Credit Union<br>Capital One Visa<br>Capital One MasterCard<br>Providian Visa<br>Platinum Miles Plus Visa<br>Bank of America Visa<br>Fleet Mastercard | $2,200<br>$2,000<br>$3,900<br>$4,100<br>$3,800<br>$8,085<br>$2,500<br>$500 | | |
| Due from relatives and friends | 0 | Unpaid income tax | 0 | | |
| Due from others | 0 | Other unpaid income and interest | | | |
| Doubtful | 0 | Real estate mortgages payable-add schedule | $225,000 | | |
| Real estate owned-add schedule Tucson, AZ | $350,000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | Other debts-itemize: | | | |
| Autos and other personal property<br>1990 Mercedes<br>1994 Suburban | $14,000<br>$13,000 | | | | |
| Cash value-life insurance | | | | | |
| Other assets itemize: | | | | | |
| Federal Thrift Savings Plan | $280,000 | | | | |
| American Century Domestic fund | $28,000 | | | | |
| Vanguard Growth and Income fund | $6,000 | Total liabilities | $252,085 | | |
| Arizona Deferred Compensation fund | $49,000 | Net Worth | $487,915 | | |
| Total Assets | $740,000 | Total liabilities and net worth | $740,000 | | |
| CONTINGENT LIABILITIES | None | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |